# United States District Courts
WESTERN DISTRICT OF TEXAS

| United States of America | **WARRANT FOR ARREST** |
|---|---|
| v. | |
| (1) Brittney Alexis Tong | Case Number: DR:22-M -01706(1) |

**To: The United States Marshal**
    **and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest     (1) Brittney Alexis Tong
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description)

*On July 18, 2022, defendants TONG, Brittney Alexis and BELL, Christian Emmanuel Clemon both United States Citizens were arrested near Del Rio, Texas, within the Western District of Texas, for conspiracy to transport three illegal aliens in furtherance into the United States. Border Patrol Agents conducted a consensual encounter on a vehicle parked near a gas station. Agents determined driver TONG and front passenger BELL as United States Citizens, but passengers were foreign nationals who were illegally present in the United States. TONG and BELL both made admissions to their involvement in the failed smuggling event.*

in violation of Title   **8**   United States Code, Section(s)   **1324(a)(1)(A)(v)(I)**

| VICTOR ROBERTO GARCIA | UNITED STATES MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | July, 22, 2022 DEL RIO, Texas |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at DEL RIO, Texas. | | |
| Date Received<br>July 22, 2022 | Name and Title of Arresting Officer | Signature of Arresting Officer<br>*[signature: L. Melton]* |
| Date of Arrest<br>July 18, 2022 | Melton, Lance T.<br>Border Patrol Agent | |